UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. MITCHELL, | 1:01-cv-05773-REC-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 58) |
| vs. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT** (Doc. 58) |
| ANDREWS, et al., | |
| Defendants. | |

Plaintiff, James B. Mitchell ("plaintiff"), is a former federal prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 26, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 26, 2005, are ADOPTED IN FULL; and,

2. Defendants' motion for summary judgment, filed February 8, 2005, is GRANTED IN PART and DENIED IN PARTY as follows:

   a. Defendants' motion for summary judgment on plaintiff's First Amendment Claim against defendants Ford and Rivas for interference with mail is GRANTED;

   b. Defendants' motion for summary judgment on plaintiff's Retaliation Claim regarding his placement in the Special Housing Unit in October of 1999 is GRANTED;

   c. Defendants' motion for summary judgment on plaintiff's retaliation claim regarding the August of 1999 housing move is DENIED; and,

   d. This case proceed to trial on plaintiff's retaliation claim regarding the August of 1999 housing move only.

IT IS SO ORDERED.

**Dated: September 28, 2005**          /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE