David J. Cooper, State Bar No. 047615
Terrence T. Egland, State Bar No. 240911
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
dcooper@kleinlaw.com; tegland@kleinlaw.com

Dawn Bittleston, State Bar No. 198875
LAW OFFICES OF DAWN BITTLESTON
1670 "M" Street
Bakersfield, California 93301
Telephone: (661) 616-5561
Facsimile: (661) 616-5563
dawn@dobjd.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. MITCHELL,<br><br>         Plaintiff,<br><br>    v.<br><br>WACKENHUT, et.al.,<br><br>         Defendants. | Case No. 1: 01 CV 5773 REC DLB (PC)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the entire action hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorney's fees. This stipulation may be executed in parts.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: May 8, 2006         /s/_____
                           JAMES B. MITCHELL
                           (original signature retained by attorney)

Date: May 8, 2006                    KLEIN, DeNATALE, GOLDNER,
                                    COOPER, ROSENLIEB & KIMBALL, LLP


                           By: /s/ Terrence T. Egland_____
                               TERRENCE T. EGLAND
                               Attorneys for Defendants


                                <u>ORDER</u>

It is APPROVED and SO ORDERED.

Dated: May 12, 2006

                           ___/s/ *Dennis L. Beck*_____
                           U. S. MAGISTRATE JUDGE

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF KERN

    I am employed in the county of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4550 California Avenue, Bakersfield, California 93309.

    On May 12, 2006, I served the foregoing document described as follows: **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** by placing the true copies thereof addressed as follows:

    James B. Mitchell
    1155 West 6th Street, Suite B-4
    Fayetteville, Arkansas 72701

☐ **BY MAIL**   I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE**   I placed such document in a facsimile machine (pursuant to *California Rules of Court,* Rule 2003(3)) on _____, at _____, with the fax number of (661)326-0418. Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error. A copy of the transmission report is attached to this Proof of Service pursuant to *California Rules of Court,* Rule 2008(e).

☐ **BY ELECTRONIC MAIL**

☒ **BY OVERNIGHT MAIL SERVICE**

☐ **BY PERSONAL SERVICE**   I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

Executed on May 12, 2006, at Bakersfield, California.

☒   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Shelly Howlett
_____   /s/ Shelly Howlett_____
Type or Print Name                                           Signature

3    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE